**Order entered September 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00664-CV

### IN THE INTEREST OF C.W., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-667**

## ORDER

Appellant's brief in this case is overdue. By order dated August 7, 2013, we ordered appellant to file his brief on or before September 6, 2013. Appellant has not filed a brief or otherwise communicated with this Court since we issued our August 7, 2013 order.

We direct appellant to file his brief within ten days of the date of this order. If the brief is not filed within the time specified, the appeal will be dismissed. No further extensions will be granted.

/s/ KERRY P. FITZGERALD
JUSTICE